RATHBONE, SARD AND COMPANY, Respondent, *v.* PACIFIC COAST CASUALTY COMPANY, Appellant.

*Rathbone, Sard & Co.* v. *Pacific Coast Casualty Co.*, 151 App. Div. 947, appeal dismissed.
(Submitted April 28, 1913; decided May 6, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third

judicial department, entered January 15, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a policy of casualty insurance.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous and that the exceptions were frivolous.

*Townsend K. Wellington* for motion.

*Joseph N. Tuttle* and *Jeremiah J. Coughlan* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.